Date: __10-18-13__     Judge: __LIAM O'GRADY__          Reporter: __N. Linnell__
Time: __9:11__ To __9:32__

UNITED STATES of AMERICA
 vs.

| | |
|---|---|
| DENNIS OWEN COLLINS - 001 (Appearance waived) | 1:13CR00383 |
| JEREMY LEROY HELLER – 002 | Case Number |
| ZHIWEI CHEN – 003 | |
| JOSHUA S. PHY - 004 | |
| RYAN RUSSELL GUBELE -005 | |
| ROBERT AUDUBON WHITFIELD -006 | |
| ANTHONY TADROS – 007 | |
| GEOFFREY KENNETH COMMANDER -008 | |
| PHILLIP GARRETT SIMPSON – 009 | |
| AUSTEN L. STAMM – 010 (Appearance waived) | |
| TIMOTHY ROBERT MCCLAIN – 011 | |
| WADE CARL WILLIAMS – 012 | |
| THOMAS J. BELL -013 (Appearance waived) | |

Defendant's Name

John Kiyonaga *(Attorney Kiyonaga not present)* (Defendant Collins)     Alexander Nguyen, Jay Prabhu and Richard Green
William Todd Watson (Defendant Heller)                        Counsel for Government
Marina Medvin (Defendant Chen) *(Attorney Medvin covering for John Kiyonaga)*
John Iweanoge (Defendant Phy)
James Hundley (Defendant Gubele)
Elita Amato (Defendant Whitfield)
William Loeffler *(AttorneyLoeffler not present; John Machado covered for Defendant Tadros)*
Drew Hutcheson **(Defendant Commander – not present)**
Gregory English (Defendant Simpson)
Patrick Anderson (Defendant Stamm)
Gretchen Taylor (Defendant McClain)
Gary H. Smith (Defendant Williams)
John Machado **(Defendant Bell – not present but appearance waived by the court)**
Counsel for Defendants

Matter called for Arraignment. The following defendants were present, waived formal arraignment, and entered pleas of not guilty: Heller; Chen; Phy; Gubele; Whitfield; Tadros; Simpson; McClain and Williams. Defendants Collins and Stamm were previously arraigned and their appearances were excused by the court. Defendant Bell was not present, but the court waived his appearance today and will arraign him at the next hearing date. Defendant Commander was not present. All of the defendants present at this hearing waived their right to a speedy trial. All defendants present at this hearing requested a modification to their conditions of release to allow them access to the Internet in order to contact counsel – granted. Defendant Tadros requested a further modification to allow him use of the Internet for school activities only – granted. Defendant Simpson also requested a modification to allow him not to consume alcohol "in excess" – granted.

Court appointed counsel, David Williams, for defendant Chen requested to be relieved as counsel for the defendant because he has retained Ms. Medvin – granted.

Case continued to __THURSDAY, 11/21/13 at 2:00 p.m. for Status Hearing__.

Discovery Orders for Heller, Chen, Phy, Gubele, Whitfield, Simpson, McClain and Bell entered and filed in open court.

Defendants continued on present bond.

LOG Red Book: __X__
Chambers calendar: __X__