**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Criminal No. 1:13CR383 |
| | ) | The Honorable Liam O'Grady |
| **WADE WILLIAMS** | ) | Hearing Date: May 2, 2014 |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO CHANGE CONDITIONS OF BOND

COMES NOW the Defendant, Wade Williams, by counsel, and moves the Honorable Court to permit the Defendant to use his computer and the Internet for limited purposes. The reason the Defendant requests to change in the conditions of his bond is that use of his computer will greatly facilitate the payment of his bills and other financial transactions.

Respectfully Submitted,

WADE WILLIAMS
By Counsel

_____/s/_____
Gary H. Smith
Virginia Bar No. 25149
Counsel for Defendant
601 King Street, Suite 203
Alexandria, VA 22314
(703) 549-1791
smithgh58@aol.com

## CERTIFICATE OF SERVICE

I hereby certify, that on the 2nd day of July, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following and all parties to this action:

Alexander T.H. Nguyen, Esq.
Assistant United States Attorney
US Attorney's Office
2100 Jamieson Avenue
Alexandria VA 22314
703-299-3700
alexander.nguyen@usdoj.gov


_____/s/_____
Gary H. Smith
Virginia Bar No. 25149
Counsel for Defendant
601 King Street, Suite 203
Alexandria, VA 22314
(703) 549-1791
smithgh58@aol.com