IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| -v- | Case No. 1:13-CR-00383 |
| WADE WILLIAMS, *et al.*, | |
| Defendants. | |

### ORDER

Before the Court is Defendant Wade Williams's Motion to Change Conditions of Bond (Dkt. No. 301), in which he requests that he be permitted to use his computer and the Internet for limited purposes. The Court finds that there is good cause to grant Defendant's request. It is therefore **ORDERED** that the Motion (Dkt. No. 301) is **GRANTED**.

July 9, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge